| | | |
|---|---|---|
| CALEB PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00354-CMS |
| | ) | |
| COI UNKNOWN HALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court upon review of the Complaint filed by self-represented Plaintiff Caleb Patterson, a convicted and sentenced state prisoner at Eastern Reception, Diagnostic & Correctional Center (ERDCC) in Bonne Terre, Missouri. ECF No. 1 at 2. Plaintiff brings this case under 42 U.S.C. § 1983 against correctional officer defendants at South Central Correctional Center (SCCC) in Licking, Texas County, Missouri. *Id.* at 2-4. Plaintiff alleges that in November 2023, while confined at SCCC, he was physically and sexually assaulted by a cellmate. *Id.* at 4. SCCC is located in Texas County, which is situated in the Western District of Missouri. *See* 28 U.S.C. § 105(b)(5). For the reasons explained below, this case will be transferred to the United States District Court for the Western District of Missouri.

Under 28 U.S.C. § 1391(b), a civil action of this type may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with

respect to such action." Furthermore, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a).

Here, Plaintiff's claims arise entirely from events alleged to have occurred during his incarceration in the Western District of Missouri at SCCC. Plaintiff has alleged no basis for venue in this Court. Therefore, the Court concludes that transfer of this case to the United States District Court for the Western District of Missouri for all further proceedings is in the interest of justice. Finally, the Court acknowledges Plaintiff's two pending motions in this case—a motion to proceed *in forma pauperis* and a motion for counsel. ECF Nos. 2 & 3. Because these motions are best decided by the transferee court, this Court will not rule on them before transfer.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1404(a).

Dated this 13th day of March, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE